

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2014
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Aeden McDonald<br>DEFENDANT(S). | CASE NUMBER<br>15-00017 M<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___govt___, IT IS ORDERED that a detention hearing is set for ___Detn Hrg___, ___1/12/15___, at ___1:30___ ☐ a.m. / ☒ p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ___341 - Roybal___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___1/7/15___                              _____
                                                  U.S. District Judge/Magistrate Judge